IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22-CR-220 |
| vs. | |
| MICHAEL WILLIAM BRASWELL and VALERIE CARLA BRASWELL, | ORDER DISMISSING FORFEITURE ALLEGATION |
| Defendants. | |

This matter is before the Court on the Government "Motion to Dismiss Forfeiture Allegation" Filing 49. The Indictment in this case includes a Forfeiture Allegation as to both defendants. Filing 1 at 2. It claims $7,645.00 in United States currency that was seized from defendants' possession on or about July 10, 2022, is subject to forfeiture. Filing 1 at 2. However, the Government advises the Court in its Motion that the Federal Bureau of Investigations administratively forfeited the $7,645.00 in U.S. currency and, therefore, "no judicial forfeiture is necessary." Filing 49 at 1. The Court agrees and finds that the Government's Motion should be granted. Accordingly,

IT IS ORDERED: The Forfeiture Allegation included in the Indictment, Filing 1, is dismissed without prejudice.

Dated this 21st day of November, 2023.

BY THE COURT:

Brian C. Buescher
United States District Judge